### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ST. PAUL FIRE AND MARINE INSURANCE COMPANY,**<br><br>        *Plaintiff*<br><br>    v.<br><br>**PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY,**<br><br>        *Defendant.* | **Case No. 2:19-cv-05471-JDW** |

### ORDER

**AND NOW**, this 8th day of March, 2021, upon consideration of the Motion For Summary Judgment Of Defendant Pennsylvania National Mutual Casualty Insurance Company (ECF No. 32) and Plaintiff St. Paul Fire And Marine Insurance Company's Motion For Summary Judgment (ECF No. 33), for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1.    Plaintiff St. Paul Fire and Marine Insurance Company's Motion for Summary Judgment (ECF No. 33) is **GRANTED**;

2.    Defendant Pennsylvania National Mutual Casualty Insurance Company's Motion for Summary Judgment (ECF No. 32) is **DENIED**;

3.    **JUDGMENT** is **ENTERED** in favor of Plaintiff and against Defendant in the amount of $2,500,000; and

4.    The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.